HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
ANDRE J. TOWNSEND (Bar No. 310684)
(E-Mail: Andre_Townsend@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-1730
Facsimile: (213) 894-0081

Attorneys for Defendant
CHRISTOPHER LAZENBY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  18-MJ-02633 |
| Plaintiff, | |
| v. | ~~(PROPOSED ORDER)~~ **MODIFYING CONDITIONS OF BOND** |
| CHRISTOPHER LAZENBY | |
| Defendant. | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that Mr. Lanzenby's bond is modified and set as follows: the $100,000 appearance bond supported by an affidavit of surety with justification and full deeding of property shall be modified and reduced to a $50,000 appearance bond supported by an affidavit of surety with justification and full deeding of property.

IT IS SO FOUND AND ORDERED this 26 day of October, 2018.

DATED: October  26, 2018

_____
Hon. Paul L. Abrams
United States Magistrate Judge

Presented by:

___/s/ Andre J. Townsend _____
ANDRE J. TOWNSEND
Deputy Federal Public Defender