FILED

2019 APR -9 PM 1:02

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 19CR00216 |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [21 U.S.C. §§ 841(a)(1), (b)(1)(A), (b)(1)(C): Possession of Methamphetamine and Oxycodone with Intent to Distribute] |
| CHRISTOPHER LAZENBY,<br>  aka "Jamey Neher,"<br>  aka "Bryan Sheldon,"<br>  aka "Colin Bohlinger," | |
| Defendant. | |

The United States Attorney charges:

COUNT ONE

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

On or about October 3, 2018, in Los Angeles County, within the Central District of California, defendant CHRISTOPHER LAZENBY, also known as ("aka") "Jamey Neher," aka "Bryan Sheldon," aka "Colin Bohlinger," knowingly and intentionally possessed with intent to distribute at least 50 grams, that is, approximately 195.9 grams, of methamphetamine, a Schedule II controlled substance.

COUNT TWO

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about October 3, 2018, in Los Angeles County, within the Central District of California, defendant CHRISTOPHER LAZENBY, also known as ("aka") "Jamey Neher," aka "Bryan Sheldon," aka "Colin Bohlinger," knowingly and intentionally possessed with intent to distribute oxycodone, a Schedule II narcotic drug controlled substance.

NICOLA T. HANNA
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

CAROL A. CHEN
Assistant United States Attorney
Chief, Organized Crime Drug
  Enforcement Task Force Section

BENJAMIN R. BARRON
Assistant United States Attorney
Deputy Chief, Organized Crime Drug
  Enforcement Task Force Section