# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

Case Number: 19CR00216
U.S.A. v. Christopher Lazenby
[ ] Indictment    [✓] Information

Defendant Number: 1
Year of Birth: 1990
Investigative agency (FBI, DEA, etc.): DEA

**NOTE: All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."**

### OFFENSE/VENUE

a. Offense charged as a:
[ ] Class A Misdemeanor  [ ] Minor Offense  [ ] Petty Offense
[ ] Class B Misdemeanor  [ ] Class C Misdemeanor  [✓] Felony

b. Date of Offense: October 3, 2018

c. County in which first offense occurred: Los Angeles

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):
[✓] Los Angeles    [ ] Ventura
[ ] Orange         [ ] Santa Barbara
[ ] Riverside      [ ] San Luis Obispo
[ ] San Bernardino [ ] Other

Citation of Offense: 21 USC 841

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:
[✓] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)
[ ] Eastern (Riverside and San Bernardino)   [ ] Southern (Orange)

### RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?
[✓] No   [ ] Yes
If "Yes," Case Number:

Pursuant to General Order 16-05, criminal cases may be related if a previously filed indictment or information and the present case:
a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**):

### PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on: 10/2/18
Case Number: 18-MJ-2633
Assigned Judge: N?A
Charging: 21 USC 841
The complaint/CVB citation:
[✓] is still pending
[ ] was dismissed on:

### PREVIOUS COUNSEL

Was defendant previously represented?   [ ] No   [✓] Yes
IF YES, provide Name: DFPD Andre Townsend
Phone Number: 213 894 1730

### COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
[ ] Yes*   [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*   [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

### SUPERSEDING INDICTMENT/INFORMATION

**IS THIS A NEW DEFENDANT?**   [ ] Yes   [✓] No
This is the _____ superseding charge (i.e., 1st, 2nd).
The superseding case was previously filed on:

Case Number:

The superseded case:
[ ] is still pending before Judge/Magistrate Judge

[ ] was previously dismissed on

Are there 8 or more defendants in the superseding case?
[ ] Yes*   [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*   [ ] No

Was a Notice of Complex Case filed on the Indictment or Information?
[ ] Yes   [ ] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

**INTERPRETER**

Is an interpreter required?  ☐ YES  ☑ NO
IF YES, list language and/or dialect:
_____

**OTHER**

☑ Male     ☐ Female
☑ U.S. Citizen   ☐ Alien
Alias Name(s) _____
_____

This defendant is charged in:
☑ All counts
☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile?  ☐ Yes  ☑ No
IF YES, should matter be sealed?  ☐ Yes  ☐ No

The area(s) of substantive law that will be involved in this case include(s):
☐ financial institution fraud     ☐ public corruption
☐ government fraud                ☐ tax offenses
☐ environmental issues            ☐ mail/wire fraud
☑ narcotics offenses              ☐ immigration offenses
☐ violent crimes/firearms         ☐ corporate fraud
☐ Other _____

**CUSTODY STATUS**

<u>Defendant is **not in custody**</u>:
a. Date and time of arrest on complaint: 10/2/18
b. Posted bond at complaint level on: 2/5/19
   in the amount of $ 100,000
c. PSA supervision?  ☑ Yes  ☐ No
d. Is on bail or release from another district:
   No

<u>Defendant is **in custody**</u>:
a. Place of incarceration:  ☐ State  ☐ Federal
b. Name of Institution: _____
c. If Federal, U.S. Marshals Service Registration Number:
   _____
d. ☐ Solely on this charge. Date and time of arrest:
   _____

e. On another conviction:  ☐ Yes  ☐ No
   IF YES: ☐ State  ☐ Federal  ☐ Writ of Issue
f. Awaiting trial on other charges:  ☐ Yes  ☐ No
   IF YES: ☐ State  ☐ Federal  AND
   Name of Court: _____
   Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.Cr.P. _____ 20  _____ 21  _____ 40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: _____

Date  April 9, 2019

Signature of Assistant U.S. Attorney
Benjamin R. Barron
Print Name